**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| E.H.M., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-743-PRW |
| | ) | |
| FRANK BISIGNANO, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On July 27, 2026, United States Magistrate Judge Amanda L. Maxfield issued a Report and Recommendation (Dkt. 11) in this action, in which she recommends that the Court affirm the decision of the Commissioner of Social Security at issue. Judge Maxfield advised the parties of their right to object to the Report and Recommendation by August 3, 2026, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72(b), and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation.[1]

To date, neither party has filed objections. The parties have therefore waived their right to appellate review of the factual and legal issues addressed in the Report and Recommendation.[2] In the absence of a timely objection, the Court reviews the Report and

---

[1] R. & R. (Dkt. 11), at 9.

[2] *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059–60 (10th Cir. 1996).

Recommendation to confirm that there is no plain error on the face of the record.[3] Finding none, the Court agrees with Judge Maxfield's analysis and conclusions.

Upon review, the Court **ADOPTS** the Report and Recommendation (Dkt. 11) in full and **AFFIRMS** the decision of the Commissioner of Social Security.

**IT IS SO ORDERED** this 12th day of August 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

[3] *Summers v. State of Utah*, 927 F.2d 1165, 1167–68 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").